**FILED**
CLERK, U.S. DISTRICT COURT

11/06/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ **WH** _____ DEPUTY

## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WAYNE EATHERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, KAMAL ABDUL KABBARA, JOLENE ZAVORKA, JOSHUA CARRASCO, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 5:18-CV-02449-PSG-KK<br>Judge: Hon. Philip S. Gutierrez<br>First Street Courthouse, Courtroom 6A<br><br>[PROPOSED] ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF ALL OF PLAINTIFF'S CLAIMS AND THE ENTIRE ACTION AGAINST DEFENDANTS COUNTY OF RIVERSIDE, KAMAL ABDUL KABBARA, JOLENE ZAVORKA AND JOSHUA CARRASCO, WITH PREJUDICE<br><br>Trial Date:  March 9, 2021 |

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## <u>ORDER</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' stipulation for voluntary dismissal of the claims of Plaintiff DANNY WAYNE EATHERTON against Defendants COUNTY OF RIVERSIDE, KAMAL ABDUL KABBARA, JOLENE ZAVORKA AND JOSHUA CARRASCO, with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1):

/ / /

IT IS HEREBY ORDERED:

1.      The above-captioned case, *Eatherton v. County of Riverside, et al.*, Case No. 5:18-CV-02449-PSG-KK, brought by Plaintiff DANNY WAYNE EATHERTON against Defendants COUNTY OF RIVERSIDE, KAMAL ABDUL KABBARA, JOSHUA CARRASCO and JOLENE ZAVORKA, is dismissed, with prejudice.

2.      Each party is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____11/06/2020_____

_____
HON. PHILIP S. GUTIERREZ

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-2-